UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DEBORAH LEVETTE GEORGE,** | ) | CASE NO. **17-69579-LRC** |
| | ) | |
| DEBTOR. | ) | |

## CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Melissa J. Davey, Chapter 13 Trustee and objects to confirmation of the Plan and files this motion to dismiss under 11 U.S.C. § 1307(c), for cause, including the following reasons:

1. Pursuant to the 2017 federal income tax return, Debtor anticipates a refund of $7,145.00. Debtor should contribute $5,145.00 pursuant to the terms of the Plan.

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation hearing, deny the Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

Dated: This the 16 day of March, 2018.

Respectfully submitted,

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey
Standing Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Deborah Levette George | ) | |
| | ) | CASE NO.: 17-69579-LRC |
| | ) | |
| DEBTOR. | ) | |

17-69579-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    Deborah Levette George
    509 Fox Creek Crossing
    Woodstock, GA  30188

    DEBTOR(S) ATTORNEY:

    CLARK & WASHINGTON, P.C.
    3300 NORTHEAST EXPRESSWAY
    BUILDING 3, SUITE A
    ATLANTA, GA  30341

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

March  16 ,2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450