UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-69579-LRC |
| | * | |
| Deborah Levette George | * | CHAPTER 13 |
| | * | |
| | * | |
| Debtor. | * | |

## MOTION TO RETAIN TAX REFUND AND BONUS

**COMES NOW** Debtor and through counsel files this *Motion to Retain Tax Refund and Bonus*, showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334. Venue is appropriate pursuant to 28 U.S.C. § 1409. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A).

2.

Debtor filed for relief in this chapter 13 case on November 7, 2017.

3.

Debtor's chapter 13 confirmation hearing is scheduled to take place on March 20, 2018.

4.

Unless the Court orders otherwise, Debtor's chapter 13 plan requires Debtor to pay to the Chapter 13 Trustee the amount of each annual, federal tax refund in excess of $2,000 which Debtor receives during the Applicable Commitment Period in this case.

5.

Debtor is entitled to an income tax refund for the 2017 tax year in the approximate amount of $7,145.00. Debtor additionally received a $2,100.00 bonus from her former employer.

6.

Debtor wishes to retain the $7,145.00 tax refund and the additional $2,100.00 bonus to pay for living expenses. Debtor lost her job and is looking to replace it.

**WHEREFORE,** Debtor prays for permission to retain and use $7,145.00 of the tax refund and the $2,100.00 bonus for the purposes set forth above.

Respectfully submitted,

/s/
Christopher J. Kiefer, GA Bar No. 417247
Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *  CASE NO. 17-69579-LRC |
| | * |
| Deborah  Levette George | *  CHAPTER 13 |
| | * |
| | * |
| Debtor. | * |

**NOTICE OF HEARING ON MOTION TO RETAIN TAX REFUND AND BONUS**

**PLEASE TAKE NOTICE** that Debtor filed a *Motion to Retain Tax Refund* seeking the Court's authorization to retain and use some or all of an annual tax refund.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom 1204 of the United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, at 1:45PM, on April 17, 2018.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing.  The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA  30303. You must also mail a copy of your response to the undersigned at the address stated below.

/s/
Christopher J. Kiefer, GA Bar No. 417247
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

## **CERTIFICATE OF SERVICE**

I certify that I served Debtor with a true and correct copy of the within the and foregoing *Motion to Retain Tax Refund and Bonus* and *Notice of Hearing on Motion to Retain Tax Refund and Bonus* by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Deborah Levette George
509 Fox Creek Crossing
Woodstock  GA  30188

And, in the same manner, I served the parties listed in the attached matrix with the *Notice of Hearing on Motion to Retain Tax Refund and Bonus* at the addresses indicated therein.

I further certify that, by agreement of the parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served with the same motion and notice via the CM/ECF electronic mail/noticing system.

Date: 03/21/2018

/s/
Christopher J. Kiefer, GA Bar No. 417247
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA  30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-69579-lrc<br>Northern District of Georgia<br>Atlanta<br>Tue Mar 20 17:05:41 EDT 2018 | AT&T CORP<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | AT&T CORP<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| E. L. Clark<br>Clark & Washington, LLC<br>Bldg. 3<br>3300 Northeast Expwy.<br>Atlanta, GA 30341-3932 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Directv, LLC<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 |
| Deborah Levette George<br>509 Fox Creek Crossing<br>Woodstock, GA 30188-5757 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Hunter Warfield<br>Attention: Bankruptcy<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 |
| IRS<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Okinus, Inc<br>Po Box 691<br>Pelham, GA 31779-0691 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sterling Finance<br>1030 Old Peachtree Rd Nw,<br>Lawrenceville, GA 30043-3308 | Sterling Finance Of<br>1030 Old Peachtree Rd Nw,<br>Lawrenceville, GA 30043-3308 |
| Sterling Finance Of<br>2100 Roswell Rd Ne Ste 2168<br>Marietta, GA 30062-3840 | The Lake House At Martin's Landing<br>c/o Hunter Warfield<br>4620 Woodland Corporate Blvd.<br>Tampa FL 33614-2415 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Accounts Receivable Collection Section<br>1800 Century Blvd. NE<br>Suite 9100<br>Atlanta, GA 30345 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                   20 |