UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.17-69579-LRC |
| | * | |
| DEBORAH LEVETTE GEORGE, | * | |
| | * | CHAPTER 13 |
| | * | |
| | * | |
| | * | |
| DEBTOR. | * | |
| | * | |
| DEBORAH LEVETTE GEORGE, | * | |
| | * | |
| MOVANT, | * | |
| VS. | * | |
| UNITED STATES OF AMERICA, ex rel | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| RESPONDENT. | * | |

## WITHDRAWAL OF MOTION TO DETERMINE SECURED STATUS

COMES NOW Deborah Levette George, Debtor in the above-styled Chapter 13 case, and through counsel withdraws "Motion to Determine Secured Status," filed on March 14, 2018 as docket entry number 19.

Respectfully submitted,
Clark & Washington, LLC

_____/s/_____
**Thomas J Reichard**
GA Bar No. 150822
Attorney for the Debtor

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw

## CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Withdrawal of Motion to Determine Secured Status" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Deborah Levette George
509 Fox Creek Crossing
Woodstock, GA 30188

The Internal Revenue Service
Centralized Insolvency Operation
P.O.Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

The Internal Revenue Service
Lisa Dixon, Bankruptcy Specialist
Insolvency Unit
401 W Peachtree ST, NW
Stop 334-D
Atlanta, GA 30308-3539

Byung J Pak, United States Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303 – 3309

Jeff Sessions, United States Attorney
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

The Internal Revenue Service
P.O.Box 21126
Philadelphia, PA 19114

I further certify that, by agreement of the parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: 4/16/2018

/s/
Thomas J Reichard
Attorney for the Debtor
GA Bar No. 150822

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw