**IT IS ORDERED as set forth below:**



Date: May 30, 2018

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| IN RE: | ) | CASE NO. 17-69579-LRC |
|---|---|---|
|  | ) |  |
| DEBORAH LEVETTE GEORGE, | ) | CHAPTER 13 |
|  | ) |  |
| Debtor. | ) |  |

### ORDER GRANTING DEBTOR'S MOTION TO RETAIN
### TAX REFUND AND BONUS

This matter came before the Court upon Debtor's *Motion to Retain Tax Refund* (Doc. No. 22) (the "Motion"), which was filed in the above-styled Chapter 13 case on March 21, 2018. The Motion sought approval to retain a federal income tax refund for the 2017 tax year in the approximate amount of $7,145.00 and a bonus from her employer in the amount of $2,100. Debtor sought to retain the funds to pay for living

expenses while she was unemployed.  Upon notice, hearing on the Motion was held May 8, 2018, at which time no party appeared in opposition; accordingly, it is hereby

**ORDERED** that Debtor's motion is ***granted***.  Debtor may retain the tax refund and bonus to pay for the above-stated expenses.

[END OF DOCUMENT]

| Presented by: | No opposition by: |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Sharon Fowler | Mandy K. Campbell |
| GA Bar #737102 | GA Bar #142676 |
| Attorney for Debtors | Attorney for Chapter 13 Trustee |
| CLARK & WASHINGTON, LLC | 260 Peachtree Street, N.W. |
| 3300 Northeast Expressway | Suite 200 |
| Building 3, Suite A | Atlanta, GA 30303 |
| Atlanta, GA 30341 | |
| (404) 522-2222 | |
| *sfowler@cw13.com* | |

### DISTRIBUTION LIST

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Melissa J. Davey - Chapter 13 Trustee
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA 30303

Deborah Levette George
509 Fox Creek Crossing
Woodstock, GA 30188